IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation, VIRGIN RECORDS AMERICA, INC., a California corporation, BMG MUSIC, a New York general partnership, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, UMG RECORDINGS, INC., a Delaware corporation, and WARNER BROS. RECORDS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN DEFEEITAS,<br><br>    Defendant.<br>_____/ | No. C 05-03847 WHA<br><br>**ORDER DENYING EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Good cause not shown, the Court **DENIES** plaintiffs' ex parte request to continue the case management conference and all other deadlines. Please file your joint case management statement at least **SEVEN DAYS** prior to the December 22, 2005, case management conference.

    **IT IS SO ORDERED.**

Dated: December 2, 2005.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE